# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

|  |  |
|---|---|
| ALISSA WILLIAMS, | Case No.: 5:21-cv-00140-JSM-PRL |
| Plaintiff, | NOTICE OF SETTLEMENT AND |
| vs. | UNOPPOSED MOTION TO DISMISS |
|  | WITHOUT PREJUDICE AS TO |
| TRANS UNION, LLC and LEAD BANK, | DEFENDANT LEAD BANK |
| Defendant. | |

Plaintiff Alissa Williams ("Plaintiff") hereby (i) notifies this Court of the settlement of this action between Plaintiff and Lead Bank (collectively with Plaintiff, the "parties"), and (ii) moves this Court to dismiss this action as to Lead Bank without prejudice, subject to the right either of the parties to move to reopen the case for entry of a stipulated final order or a judgment or for further proceedings, and states as follows:

1.     The parties have reached an amicable resolution of this matter, and the parties are in the process of finalizing a settlement agreement. Once the settlement agreement is finalized and fully executed and the consideration of the settlement agreement has been delivered, the parties will respectfully request that the case be dismissed with prejudice and closed as to Lead Bank.

2.    Accordingly, Plaintiff respectfully requests that the Court dismiss this action as to Lead Bank without prejudice, subject to the right of either of the parties to move to reopen the case for entry of a stipulated final order or a judgment or for further proceedings within 60 days of this motion.

3.    Counsel for Plaintiff has conferred with counsel for Lead Bank and has confirmed that Lead Bank does not oppose the relief requested in this motion.

## LEGAL AUTHORITY

"The Court's power to stay a matter is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *See Univ. of S. Fla. Research Found., Inc. v. Fujifilm Med. Sys. U.S.A.*, No. 8:16-cv-1194-MSS-TGW, 2017 U.S. Dist. LEXIS 155754, at *4 (M.D. Fla. Aug. 29, 2017) (*citing Landis v. N. Am. Co.*, 299 U.S. 248 (1936)).

**WHEREFORE**, Plaintiff respectfully requests that the Court dismiss this action as to Lead Bank without prejudice, subject to the right of either of the parties to move to reopen the case for entry of a stipulated final order or a judgment or for further proceedings within 60 days of this motion.

- 3 -

DATED:  June 2, 2021

**COHEN & MIZRAHI LLP**
YOSEF STEINMETZ
Florida Bar No. 119968

_____
_/s/ Yosef Steinmetz_
YOSEF STEINMETZ

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff*

- 4 -

## <u>Local Rule 3.01(g) Certification</u>

I certify that I caused true and correct copy of this motion to be served on all

counsel of record in this matter via ECF.


Dated: June 2, 2021              By: */s/Yosef Steinmetz*
                                     Yosef Steinmetz

                                 *Attorneys for Plaintiff*